# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00527-CV

**Chesapeake Exploration, L.L.C., Appellant**

**v.**

**RaeMay Minerals, LLC; ERC Minerals, Ltd.; Frances Carr Tapp; Pauley Minerals, Ltd.; Amelia Rossi-Landi, Trustee of the Amelia Ross-Land Revocable Trust; Emma Rossi-Landi, Trustee of the Emma Rossi-Landi Revocable Trust; Beatrice Rossi-Landi, Trustee of the Beatrice Rossi-Landi Revocable Trust; Ben F. Vaughan, III and Frost Bank, N.A., Trustees of the Genevieve Tarlton Dougherty Trust No. 2 for Ben F. Vaughan, III; Ben F. Vaughan, III and Frost Bank, N.A., Trustees of the Genevieve Tarlton Dougherty Trust No. 2 for Genevieve Vaughan; Wells Fargo Bank, N.A., Trustee of the Kevin Dougherty Exempt Subshare Trust; Frost Bank, N.A., Trustee of the Melissa Dougherty Exempt Subshare Trust; Mary Patricia Dougherty, Trustee of the Mary Patricia Dougherty Revocable Trust; Stephen Tarlton Dougherty; Ben F. Vaughan, III, Trustee of the Ben F. Vaughan, III Revocable Trust; Catherine Payer, Trustee of the Rachael Catherine Vaughan GST Exempt Trust; Catherine Payer, Trustee of the Daniel Benjamin Vaughan GST Exempt Trust; Catherine Payer, Trustee of the Patrick Michael Vaughan GST Exempt Trust; James Cullen Vaughan; Genevieve Vaughan; Kevin Dougherty; Melissa Dougherty; Earl Custer Morris III; John Eugene Boaz; Jerry G. McNabb; Cheri McNabb Rambeau; Dewain Robert McNabb; McNabb Management LLC; Yvonne Wellberg; and Doughtery OGMRI, LLC, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-15-005015, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion requesting that this appeal be dismissed.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed on Appellant's Motion

Filed: December 14, 2018